CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

PETER L. WALLIN (SBN: 41772)
plwallin@wkrklaw.com
WALLIN, KRESS, REISMAN & KRANITZ, LLP
2800 Twenty Eighth Street, Suite 315
Santa Monica, California 90405
Telephone: (310) 450-9582
Facsimile: (310) 450-0506
Attorney for Defendants
Woo Properties and Charles Woo

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>v.<br><br>WOO PROPERTIES, a California General Partnership;<br>CHARLES WOO; and Does 1-10,<br><br>    Defendants. | Case No.: 2:18-CV-02005-JFW-AS<br><br>**JOINT NOTICE OF SETTLEMENT** |

The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: July 16, 2018        CENTER FOR DISABILITY ACCESS

By: __/s/ Phyl Grace_____
    Phyl Grace
    Attorneys for Plaintiff

Dated: July 16, 2018        WALLIN, KRESS, REISMAN & KRANITZ, LLP

By: __/s/ Peter L. Wallin_____
    Peter L. Wallin
    Attorney for Defendants
    Woo Properties and Charles Woo

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Peter L. Wallin, counsel for Woo Properties and Charles Woo, and that I have obtained Mr. Wallin's authorization to affix his electronic signature to this document.

Dated: July 16, 2018

CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
Phyl Grace
Attorney for Plaintiff