CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

PETER L. WALLIN (SBN: 41772)
plwallin@wkrklaw.com
WALLIN, KRESS, REISMAN & KRANITZ, LLP
2800 Twenty Eighth Street, Suite 315
Santa Monica, California 90405
Telephone: (310) 450-9582
Facsimile: (310) 450-0506
Attorney for Defendants
Woo Properties and Charles Woo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>  Plaintiff,<br><br>v.<br><br>WOO PROPERTIES, a California General Partnership; CHARLES WOO; and Does 1-10,<br><br>  Defendants. | Case: 2:18-CV-02005-JFW-AS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: July 31, 2018          CENTER FOR DISABILITY ACCESS

                              By: /s/ Phyl Grace
                                  Phyl Grace
                                  Attorneys for Plaintiff

Dated: July 31, 2018          WALLIN, KRESS, REISMAN & KRANITZ, LLP

                              By: /s/ Peter L. Wallin
                                  Peter L. Wallin
                                  Attorney for Defendants
                                  Woo Properties and Charles Woo

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Peter L. Wallin, counsel for Woo Properties and Charles Woo, and that I have obtained Mr. Wallin's authorization to affix his electronic signature to this document.

Dated: July 31, 2018                    CENTER FOR DISABILITY ACCESS

                                        By: /s/ Phyl Grace
                                            Phyl Grace
                                            Attorneys for Plaintiff